Opinion issued September 15, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00694-CV

———————————

IN RE LEON SHANKLE AND MARGIE BENTON SHANKLE, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By petition for writ of mandamus,
relators, Leon Shankle and Margie Benton Shankle, challenge the trial court’s judgment
granting the real parties in interest, Joseph
Ouzenne and Ouzenne Construction Company, their bill of review, setting aside
the underlying default judgment, and reinstating the case.[1]  

          We deny the petition for writ of mandamus.

PER CURIAM

 

Panel
consists of Chief Justice Radack and Justices Bland and Huddle.

 











[1]
          The underlying case is Leon Shankle and Margie Benton Shankle v.
Paul Ouzenne, Individually, and Ouzenne Construction Company, No.
2003-13270, in the 129th District Court of Harris County, Texas, the Honorable Michael
Gomez presiding.